IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:11-00005 |
| | ) | Chief Judge Haynes |
| MICHAEL RAY GREEN, JR. | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

An evidentiary hearing is set in this action for Friday, January 11, 2013 at 4:00 p.m.

It is so **ORDERED**.

ENTERED this the 10th day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court